ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: Jan. 24, 2013
START: 12:00 p.m.
END: 12:35 pm

DOCKET NO: 12-CV-4592 (ILG)

CASE: Majerowitz v. Stephen Einstein & Assocs., P.C.

✓ INITIAL CONFERENCE
__ DISCOVERY CONFERENCE
__ SETTLEMENT CONFERENCE
__ OTHER/ORDER TO SHOW CAUSE
__ FINAL/PRETRIAL CONFERENCE
__ TELEPHONE CONFERENCE

FOR PLAINTIFF: Jacob Scheiner

FOR DEFENDANT: Anthony Poulin

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT _____ CONFERENCE SCHEDULED FOR _____

____ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

____ PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Automatic disclosures, including the exchange of recorded conversations between plaintiff and defendant, have been completed. The Court recommends that further discovery be stayed and deferred until after the parties engage in summary judgment motions practice based on the recordings. Counsel are directed to confer and, by January 28, 2013, to file a joint proposed briefing schedule; if plaintiff concludes that

he needs additional discovery to respond to the motion, and if defendant does not consent to provide it prior to motions practice, plaintiff shall file a letter-request with this Court by January 28, 2013, identifying the disputed discovery and its relevance to the motion.