# FREDRICK SCHULMAN & ASSOCIATES
## ATTORNEYS AT LAW

April 19, 2013

**VIA ECF FILING**

Hon. Magistrate Roanne L. Mann
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11210

    Re: <u>Majerowitz v Stephen Einstein & Associates 12-cv-4592-ILG-RLM</u>

Dear Judge Mann:

    Please accept Plaintiff's Counsel's sincerest apologies for not adhering to the Court's Minute Entry of January 24, 2013, which required the parties to file a joint proposed briefing schedule by January 28, 2013.

    Without excusing our conduct, we wish to explain that because Defendant had moved for summary judgment, we were under the impression that it was Defendant's duty to file the schedule.

    We accept responsibility for this error and express regret for creating the briefing schedule without notifying the Court, and there will be no further violations of any Court Order.

    Respectfully submitted,

Jacob J. Scheiner, Esq. (JS5223)
Fredrick Schulman & Associates
Attorneys at Law
30 East 29th Street
New York, New York 10016
P: (212) 796-6053
F: (212) 951-7379
Attorneys for Plaintiff

cc: Anthony Poulin, Esq.
    Counsel for Defendant (via ECF)